# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:25 MJ 201
A 2007 White Dodge Dakota )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2

located in the **Middle** District of **North Carolina**, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachments B-2

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate communications/threats |
| 18 U.S.C. § 115(a)(1)(B) | Influencing, impeding, or retaliating against a Federal official |

The application is based on these facts:

See Attached Affidavit of Special Agent Joshua Grout.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

On this day, the applicant appeared before me by reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Application for a search warrant in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s/ Joshua Grout
*Applicant's signature*

Joshua Grout, Special Agent, ICE, HSI
*Printed name and title*

Date: 5/15/2025

*Judge's signature*

City and state: Winston-Salem, North Carolina

United States Magistrate Judge Joi Elizabeth Peake
*Printed name and title*

IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF

(1) 178 CHARITY LANE,
LINWOOD NC 27299
**(TARGET PREMISES 1)**

(2) 2007 White Dodge Dakota
NC TAG: RJT-6983
VIN: 1D7HE42K87S177880
**(VEHICLE 1)**

Case No. 1:25mj201

**AFFIDAVIT IN SUPPORT OF APPLICATION
UNDER RULE 41 FOR WARRANT TO
SEARCH AND SEIZE**

I, Joshua Grout, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I submit this Affidavit in support of Application for a Search Warrant for the following: (i) 178 Charity Lane, Linwood North Carolina 27299 (TARGET PREMISES 1"), further described in Attachment A-1, for the items described in Attachment B-1, and (ii) 2007 White Dodge Dakota, NC TAG: RJT-6983,VIN: 1D7HE42K87S177880 ("VEHICLE 1"), further described in Attachment A-2, for the items described in Attachment B-2

2. I am presently a Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and serve as a sworn federal law enforcement officer. In that capacity, I am empowered to conduct investigations and to make arrests for offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code and other related offenses. During my tenure as a Special Agent, I have completed approximately 1080 hours of instruction at the Federal Law Enforcement Training

Center in Glynco, Georgia (FLETC).

3. Prior to my tenure as a Special Agent, I was a Police Officer with the Charlotte Mecklenburg Police Department (CMPD). During my time at CMPD, I worked as a patrol officer and member of the Gang Unit investigating North Carolina state and federal violations of the law. I completed approximately 1220 hours of basic and advanced law enforcement training covering various topics. I have drafted and or executed over 50 state and federal search warrants to include numerous warrants for residences, cellular phones, and social media accounts. I have been the affiant on three title III affidavits and the case agent of a racketeering influencing corrupt organizations (RICO) and violent crime in aid of racketeering (VICAR) case. I have made over 500 arrests for various violations of state and federal crimes. I am a certified digital forensics examiner for cell phones and windows computers through the Defense Cyber Investigative Training Academy. Prior to my time as a Police Officer, I was a Counterintelligence Special Agent in the United States Army. During my time as a Counterintelligence Agent, I was tasked with investigating violations of the Uniformed Code of Military Justice and Title 18 United States Code involving national security crimes. I attended over 1200 hours of basic and advanced training covering various topics related to conducting national security/ terrorism and cyber investigations.

4. I am currently assigned to the HSI Homeland Security Task Force (HSTF), with primary investigative responsibilities to investigate, disrupt, and dismantle transnational gangs, transnational criminal organizations, and violent crime within and throughout the Western/ Middle District of North Carolina. The HSI HSTF is conducting this investigation in conjunction with other agents, officers, and detectives from the Charlotte Mecklenburg Police Department (CMPD),

5. The statements contained in this Affidavit are based in part on my personal observations, background, experience, training, and also information provided by other law

enforcement officers and other witnesses. This Affidavit is intended to show merely that there is sufficient probable cause for the requested Warrants and does not set forth all of my knowledge about this matter.

6. Based on the facts set forth in this Affidavit, probable cause exists to believe that the **TARGET PREMISES 1** and **VEHICLE 1** contain evidence, contraband, fruits and instrumentalities, and property intended to be used in connection with violations of 18 U.S.C. §§ 875(c) (Interstate communications/threats) and 115 (a)(1)(B) (Influencing, impeding, or retaliating against a Federal official).

## LOCATION TO BE SEARCHED

7. The information contained within this Affidavit is provided for the limited purpose of establishing probable cause in support of a search warrant for the Properties to be Searched:

- **178 CHARITY LANE LINWOOD NC 27299 (TARGET PREMISES 1)**

- **2007 WHITE DODGE DAKOTA, NC TAG: RJT-6983, VIN: 1D7HE42K87S177880 (VEHICLE 1)**

## CASE BACKGROUD

8. HSI and CMPD are investigating threats made by Johnathan THOMAS towards Federal and local law enforcement officers in the Western District of North Carolina. THOMAS made specific threats to kill Immigration and Customs Enforcement Officers as well as responding CMPD officers. THOMAS has a lengthy history of making threats towards law enforcement and being in possession of multiple weapons during law enforcement contacts.

## PROBABLE CAUSE

9. During the investigation of Johnathan THOMAS, investigators identified **TARGET PREMISES 1** as THOMAS' main place of residence based on his previous contact

with law enforcement, research of law enforcement databases, and electronic surveillance.

10. On May 14, 2025, at approximately 1200 hours, the CMPD Hickory Grove Division Office received a phone call from telephone number 980-875-8014. The caller threatened to kill Immigration and Customs Enforcement (ICE) agents/officers as well as CMPD officers if immigration enforcement action did not stop. This call was not recorded.

11. At approximately 1227 hours, CMPD Sergeant Montero called 980-875-8014, which was the phone number that made the threat to the Hickory Grove Division, to determine the caller's motive and intent. The caller, who later in the conversation identified himself as Johnathan THOMAS, told Sergeant Montero that he was on VA disability and for the rest of the month and he would be coming to Charlotte with level 5 plates (body armor), 7.62mm green tip ammunition (armor piercing ammunition) and approximately six-thousand dollars' worth of "nods" (night vision devices) to kill law enforcement officers if he observed anyone making arrests on Albemarle Road as they did the day prior. He said he would "shoot them all." The arrests THOMAS was referencing were made by ICE federal agents on Albemarle Road in Charlotte, North Carolina.

12. THOMAS further stated the only thing he would be exercising is "trigger discipline" and "grouping control." THOMAS explained that if a police officer points a gun at him, he won't have a conversation with them, he is just going to open fire. THOMAS said there are five people, including himself, out patrolling the area of Albemarle Road. Sergeant Montero asked THOMAS why he wanted to do this and THOMAS stated it seems like it might be Immigration Customs Enforcement "snatching" people up in unmarked vehicles without wearing uniforms and stated that ICE appears like gang members snatching people up. THOMAS stated he is making an "active ability" to patrol and look for ICE. THOMAS stated, "God forbid they are doing what they did yesterday, I will swiss cheese their shit." THOMAS stated that is exactly what he did to the Taliban

during two deployments. THOMAS stated he is driving a white Dodge Dakota. Indeed, law enforcement records checks show a white Dodge Dakota, license tag RJT-6983, registered in THOMAS' name in North Carolina.

13. Sergeant Montero continued to ask for the motive behind the call and THOMAS said his grandfather came to the United States on a boat and that he signed up to kill and die for less. THOMAS stated he is going to "kill over this at some point." During the recorded call with Sergeant Moreno, THOMAS hears what he believes to be a recording device and says he is glad that the call was recorded and that if the police show up to **TARGET PREMISES 1** he has "flower pots" full of Tannerite (an explosive) all around.

14. THOMAS continued to talk about the recording and stated, "if you feel like getting a warrant for anything I've said today, I hope it's worth somebody's life." Sergeant Montero asks who he is talking to and THOMAS states "As you remember, those Marshals got swiss cheesed and those two other officers, I promise you I could do a whole lot better than that." On April 29, 2024, four law enforcement officers were killed in the line of duty in the Western District of North Carolina; including one United States Deputy Marshal.

15. THOMAS told Sergeant Montero his name was Johnathan THOMAS and invited law enforcement to look up his military background and further said, "I'm going to be out and about and I'm going to kill these bastards if I see them doing what they're doing."

16. Law enforcement conducted record checks on the phone number 980-875-8014 and multiple databases showed the number as being associated with Johnathan THOMAS. Subscriber information provided shows the phone registered to Paul Thomas at **TARGET PREMISES 1**. Paul Thomas is the owner of the property and possible father of Johnathan THOMAS. The Davidson County Sheriff's Office has had contact with THOMAS on at least five occasions at

**TARGET PREMISES 1** and a check of law enforcement databases also indicate that THOMAS resides at 178 Charity Lane, Linwood, North Carolina, **TARGET PREMISES 1**. Law enforcement obtained historical electronic location data from AT&T and it showed the cell phone associated with, 980-875-8014 that made the initial call, and was the phone called by the CMPD sergeant, was in the vicinity of 178 Charity Lane, Linwood, North Carolina, **TARGET PREMISES 1**, during the time of the calls. That same 980-875-8014 phone number was also provided to the Davidson County Sheriff's Office by THOMAS during an arrest in 2024.

17. The following photographs were taken of the **TARGET PREMISES 1** and **VEHICLE 1** at the **TARGET PREMISES 1** on May 15, 2025.





18. THOMAS has an extensive history with threatening law enforcement to include the Davidson County Sheriff's Office and CMPD. THOMAS previously sent photos to the Sheriff of Davidson County due to THOMAS being upset with the Sheriff's political ads. THOMAS has pending state charges related to that incident. During previous contacts with law enforcement in both Charlotte and Davidson County, firearms were observed in THOMAS' possession, including a rifle and handguns.

## CONCLUSION

19. Based upon the foregoing information, the affiant submits that there is probable cause to believe that within the previously identified and described premises and vehicle there is evidence of criminal activity, evidence, fruits, instrumentalities of the criminal violations specified herein, Title 18, United States Code, Sections 875(c) (Interstate communication/threats) and 115 (a)(1)(B) (Influencing, impeding, or retaliating against a Federal official).

Respectfully submitted,

/s/ Joshua Grout
Joshua S. Grout
Special Agent, HSI

Dated: May, 15 2025

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of this written affidavit.

Joi Elizabeth Peake
United States Magistrate Judge
Middle District of North Carolina

# ATTACHMENT A-1

## PROPERTY TO BE SEARCHED

### (1) 178 CHARITY LANE LINWOOD, NORTH CAROLINA 27299, DAVIDSON COUNTY, USA.
### (TARGET PREMISES 1)

The TARGET PREMISES is a single-story, single-family dwelling with tan siding, black shutters, and white trim. The residence has a white porch located directly off of the front door to the left side of the residence. The residence has the numbers "178" in black positioned on the white column of the front deck to the left of the front door.



[Photo taken May 15, 2025.]

## ATTACHMENT B-1

## ITEMS TO BE SEIZED

1. Firearms and/or explosives, including but not limited to, handguns, pistols, rifles, shotguns, other types of firearms, ammunition, and incendiary devices.

2. Indicia of occupancy, residency or ownership of the premises, namely utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, escrow documents.

3. Security systems and video footage of inside or outside of the residence since May 12, 2025.

4. Cellular/mobile telephones may be seized, however a subsequent warrant is required to search any such device.

5. Any and all items dealing with Anti-Government/Anti-Law Enforcement views including but not limited to books, pamphlets, and other paraphernalia.

6. Records and information revealing intent or coordination to harm law enforcement officers and the identity of any participants.

# ATTACHMENT A-2

## DESCRIPTION OF PROPERTY TO BE SEARCHED

## 2007 WHITE DODGE DAKOTA, NC TAG: RJT-6983, VIN: 1D7HE42K87S177880 (VEHICLE 1)

The TARGET VEHICLE is a white Dodge Dakota registered to THOMAS with VIN: 1D7HE42K87S177880



[Photo taken May 15, 2025.]

## ATTACHMENT B-2

## ITEMS TO BE SEIZED

1. Firearms and/or explosives, including but not limited to, handguns, pistols, rifles, shotguns, other types of firearms, ammunition, and incendiary devices.

2. Indicia of occupancy, residency or ownership of the premises described in 178 Charity Lane Linwood, North Carolina 7299 or of the vehicle described in Attachment B-1, namely utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, escrow documents, or vehicle registration or insurance documents.

7. Cellular/mobile telephones may be seized, however a subsequent warrant is required to search any such device.

3. Any and all items dealing with Anti-Government/Anti-Law Enforcement views including but not limited to books, pamphlets, and other paraphernalia.

4. Records and information revealing intent or coordination to harm law enforcement officers and the identity of any participants.