# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 1:25 SmJ201 |
| A 2007 White Dodge Dakota | ) | |
| | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2

**YOU ARE COMMANDED** to execute this warrant on or before _____May 29, 2025_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Joi Elizabeth Peake_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  5/15/2025  10:14 pm                     _____
                                                              *Judge's signature*

City and state:   Winston-Salem, NC                     United States Magistrate Judge Joi Elizabeth Peake
                                                              *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>     1:25MJ201 | Date and time warrant executed:<br>     05/16/2025 12:20 p.m. | Copy of warrant and inventory left with:<br>     J. Thomas |

| Inventory made in the presence of :     TFO Seth Adcox |
|---|

| Inventory of the property taken and name(s) of any person(s) seized: |
|---|
| None |

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:     05/19/2025

*Joshua Grout*
*Executing officer's signature*

HSI SA J Grout
*Printed name and title*

# ATTACHMENT A-2

## DESCRIPTION OF PROPERTY TO BE SEARCHED

### 2007 WHITE DODGE DAKOTA, NC TAG: RJT-6983, VIN: 1D7HE42K87S177880 (VEHICLE 1)

The TARGET VEHICLE is a white Dodge Dakota registered to THOMAS with VIN: 1D7HE42K87S177880



[Photo taken May 15, 2025.]

## ATTACHMENT B-2

## ITEMS TO BE SEIZED

1. Firearms and/or explosives, including but not limited to, handguns, pistols, rifles, shotguns, other types of firearms, ammunition, and incendiary devices.

2. Indicia of occupancy, residency or ownership of the premises described in 178 Charity Lane Linwood, North Carolina 7299 or of the vehicle described in Attachment B-1, namely utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, escrow documents, or vehicle registration or insurance documents.

7. Cellular/mobile telephones may be seized, however a subsequent warrant is required to search any such device.

3. Any and all items dealing with Anti-Government/Anti-Law Enforcement views including but not limited to books, pamphlets, and other paraphernalia.

4. Records and information revealing intent or coordination to harm law enforcement officers and the identity of any participants.